### Lewis Du Boys v. Henry Fronk.

SANFORD moved to change the *venue* in an action of covenant, from *Dutchess* to *Montgomery*, on an affidavit stating that he had a great number of witnesses, all of whom, excepting one in *Rensselaer*, resided in *Montgomery*.

*G. Van Ness*, contra. The action is transitory.

KENT, C. J. We last term decided, that where the body of witnesses resided in a county different from that in which the *venue* was laid, we would change it on the application of the defendant, unless the plaintiff show that he has witnesses where the *venue* is laid. Take your motion.